# `UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CRIMINAL NO. 04-381 (DRD) |
| | * | |
| NELSON ACEVEDO CRUZ | * | |
| NORAIDA BELTRAN | * | |
| | * | |
| Defendants | * | |
| | * | |

*********************************************

## RESPONSE IN OPPOSITION TO FORFEITURE
## AND PETITION FOR RETURN OF PROPERTIES

TO THE HONORABLE COURT:

Defendants, Nelson Acevedo-Cruz and Noraida Beltran, and Petitioners, Christian Acevedo-Beltrán, Lesly Acevedo-Beltran and ANW Construction, Inc., the latter represented by by Jines de Arles Feliciano-Acevedo, through the undersigned legal counsel, respectfully state, allege, and pray as follow:

1. That on April 20th, 2010, plaintiff, U.S.A., filed with the Court a certification of Notice of publication. See Docket No. 280.

2. Defendant and Petitioners aver the following:

a. On April 11th, 2002, defendants, Nelson Acevedo-Cruz and Noraida Beltran purchased 6.12 acres ("cuerdas), equivalent to 24, 040.80 square meters of land, in the Municipality of Moca, Puerto Rico. See Attachment, Deed No 45.

b. On December 6th, 2004, Defendants, Nelson Acevedo-Cruz and Noraida Beltran, through Deed No. 112, donated to petitioners, Christian Acevedo-Beltrán, Lesly Acevedo-Beltran, 5.19 acres ("cuerdas"), equivalent to 20,400.28 square meters of land, and also an edifice in said land, located in the Municipality of Moca, Puerto Rico. See Attachment, Deed

Criminal No. 04-381 (DRD)                                                    2
Response in Opposition to Forfeiture and Petition For Return of Properties
May 18th, 2010

No. 112.

c. On December 6th, 2004, defendants sold to Mr. Wilson Acevedo-Barreto and Mrs. Mercedes García-Vale 6. 12 acres ("cuerdas"), equivalent to 24,040.80 square meters, located at Barrio Naranjo, Municipality of Moca, Puerto Rico. See Attachment, Deed No. 115.

d. On May 17th, 2005, Mr. Wilson Acevedo-Barreto and Mrs. Mercedes García-Vale sold to ANW Construction, Inc. 6.12 acres ("cuerdas"), equivalent to 24,040.80 square meters of land, located at Barrio Naranjo, Municipality of Moca, Puerto Rico. See Attachment, Deed No. 56.

3. Petitioners and defendants claim that they are bona fide titleholders of said properties, and as third parties in interest they assert all rights pursuant to 21 U.S.C. § 853 (n); further, defendants and petitioners, under § 853 (n) (4), request a hearing to determine and adjudicate the validity of their alleged interest, pursuant to law.

4. Defendants, Nelson Acevedo-Cruz, and Noraida Beltrán, aver and claim that all movable and immovable properties that was forfeited to plaintiff, U.S.A., were forfeited contrary to law. See **U.S. v. Pace** 898 F.2nd 1235 (7th Cir., 1990). Further, they aver that at trial, plaintiff, U.S.A., provided no evidence that the movable and immovable properties were acquired during the period of violation of 21 U.S.C. § 853, or within a reasonable time after such period. See § 853 (d). Hence, defendants contest and challenge plaintiffs forfeiture of the moneys stated in their notice of publication to wit:

a. Cash/Currency in the amount of $14,326.84; Bank Account No. 085-030023 (05-FBI-0003630).

b. Cash/Currency in the amount of $94,097.89; Bank Account No. 485-052-30 (05-FBI 000364).

c.  Cash/Currency in the amount of $4,383.84; Bank Account No. 2800000919 (05-FBI 00366).

5.  Defendants and Petitioners, request that the two tracts of land, referred to in the Notice of Publication, and all appurtenances located therein be returned to petitioners, since they are bona fide titleholders, and there's no legal impediment that may defeat petitioners' claim, pursuant to law.  As further relief, a hearing is requested in order to ascertain all rights of petitioners, and defendants related to said properties.

**WHEREFORE**, it is respectfully requested the Honorable Court deny plaintiff's forfeiture cause of action, and grant the petition and relief herein requested, with any other legal pronouncement the Court deems just and appropriate.

Respectfully submitted, in San Juan, Puerto Rico, this May 18th, 2010.

I certify that on this date a copy of this document has been filed electronically through the CM/EFC system, which will notify plaintiff, United States of America, through AUSA, Miguel A. Fernández, counsel of record.

S/ Erick Morales-Pérez, Esq.
USDC-PR 203211

LAW OFFICE OF ERICK MORALES-PEREZ
ATTORNEY NO. 203211
P.O. BOX 10409
SAN JUAN, PUERTO RICO 00922-0409
TEL. (787) 605-8000
EMAIL: ekmorpr@yahoo.com

## A SWORN STATEMENT PURSUANT TO 28 USC 1746

I, Nelson Acevedo-Cruz , of legal age, married, and a resident of Moca, Puerto Rico, state under penalty of perjury that the foregoing petition and/or claim is true and correct.,

Respectfully submitted, in Moca, Puerto Rico, this May 18th, 2010.

Signature: _Nelson Acevedo Cruz_
Nelson Acevedo-Cruz

I, Noraida Beltran , of legal age, married, and a resident of Moca, Puerto Rico, state under penalty of perjury that the foregoing petition and/or claim is true and correct

Respectfully submitted, in Moca, Puerto Rico, this May 18th, 2010.

Signature: _Noraida Beltrán Acevedo_
Noraida Beltran

I, Christian Acevedo-Beltran, of legal age, single, and a resident of Moca, Puerto Rico, state under penalty of perjury that the foregoing petition and/or claim is true and correct.

Respectfully submitted, in Moca, Puerto Rico, this May 18th, 2010.

Signature: _Christian Acevedo Beltrán_
Christian Acevedo-Beltran

I, Lesly Acevedo-Beltran, of legal age, single, and a resident of Moca, Puerto Rico, state under penalty of perjury that the foregoing petition and/or claim is true and correct.

Respectfully submitted, in Moca, Puerto Rico, this May 18th, 2010.

Signature: _Lesly Acevedo Beltrán_
Lesly Acevedo-Beltran

I, Jines de Arles Feliciano Acevedo, representing ANW Construction, Inc., of legal age, single, and a resident of Moca, Puerto Rico, state under penalty of perjury that the foregoing petition and/or claim is true and correct.

Respectfully submitted, in Moca, Puerto Rico, this May 18th, 2010.

Signature: _Jines D._
Jines de Arles Feliciano Acevedo

000406



---ESCRITURA NUMERO CUARENTA Y CINCO (45)--------------

------------------COMPRAVENTA------------------

---En Moca, Puerto Rico, a once (11) de abril del

año dos mil dos (2002).------------------------

------------------ANTE MI------------------

----------VICTOR MARIO SOTO HERNANDEZ----------

---Abogado y notario público con práctica en todo

el Estado Libre Asociado de Puerto Rico, residen-

cia, vecindad y estudio abierto en Moca, Puerto

Rico.------------------------------------------

------------------COMPARECEN------------------

---DE UNA PARTE Y COMO VENDEDORES: GLORIA ESTHER

HERNÁNDEZ BABILONIA, seguro social número tres-

cientos cuarenta y seis, raya, treinta y seis,

raya, mil doscientos sesenta (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), mayor

de edad, casada con Jerry Lee, propietaria y ve-

cina de Chicago, Illinois, Estados Unidos de Amé-

rica;------------------------------------------

---BIENVENIDO HERNÁNDEZ BABILONIA, seguro social

número trescientos sesenta, raya, cuarenta, raya,

cuatro mil novecientos ochenta (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), ma-

yor de edad, soltero, propietario y vecino de Mo-

ca, Puerto Rico.-------------------------------

---MARISOL HERNÁNDEZ BABILONIA, también conocida

por MARISOL HERNÁNDEZ, seguro social número tres-

cientos cincuenta, raya, setenta y dos, raya, ce-

ro doscientos sesenta y seis (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), mayor

de edad, casada con Evaristo Pérez, propietaria y

vecina de Moca, Puerto Rico;-------------------

---ELBA NIDIA HERNÁNDEZ BABILONIA, seguro social

número trescientos cuarenta y nueve, raya,

Pág. 1

---

ICO que en el mis-
os y año de su-
ato, expedí prime-
certificada de la
escritura a favor-
ACEVEDO CRUZ,-----
resada. DOY FE.-

P. H. B.
V. B.
K.
E.

M. L.

000407

cuarenta y cuatro, raya, cero ochocientos dieci-

nueve (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), mayor de edad, soltera por

viudez, propietaria y vecina de Chicago,---------

Illinois, Estados Unidos de América, quien com-

parece por sí y como apoderada de **GREGORY HER-**

**NANDEZ BABILONIA**, también conocido por **GREGORY**

**HERNANDEZ**, seguro social número trescientos cin-

cuenta y nueve, raya, cuarenta y ocho, raya,

nueve mil seiscientos treinta y cuatro (359-48-

9634), mayor de edad, casado con Rita Hernández,

propietario y vecino de Chicago, Illinois, Esta-

dos Unidos de América; quien acredita sus facul-

tades para este acto según consta de la escritura

de Acta de Protocolización de Poder Especial nú-

mero cuarenta y cuatro (44) otorgada en Moca,

Puerto Rico, el día once (11) de abril del año

dos mil dos (2002) ante el notario público VICTOR

MARIO SOTO HERNÁNDEZ;----------------------------

---GREGORIO HERNÁNDEZ MENDEZ, seguro social núme-

ro ciento veintidós, raya, veintiséis, raya, seis

mil setecientos treinta y uno (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), ma-

yor de edad, soltero por viudez, propietario y

vecino de Moca, Puerto Rico.---------------------

---**DE OTRA PARTE Y COMO COMPRADORES: NELSON**

**ACEVEDO CRUZ,** seguro social número quinientos----

ochenta y uno, raya, veintitrés, raya, cero sete-

cientos veintidós (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) y **NORAIDA BELTRAN**

**ACEVEDO**, seguro social número quinientos ochenta

y cuatro, raya, sesenta y siete, raya, ocho mil

trescientos treinta y uno (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), mayores

de edad, casados entre sí, propietarios y vecinos

Pág. 2

000408

de Moca, Puerto Rico.--------------------------

---**DOY FE**, de mi conocimiento personal de los

comparecientes y por sus dichos me constan sus

circunstancias personales. Me aseguran tener, y a

mi juicio tienen, la capacidad legal necesaria

para el presente otorgamiento; manifiestan ha-

llarse en el pleno goce y ejercicio de sus dere-

chos civiles y sin que me conste nada en con-

trario, libre y voluntariamente:----------------

----------------------**EXPONE(N)**----------------------

---**PRIMERO:** Que la parte vendedora es dueña pri-

vativamente, en pleno dominio y en común pro in-

diviso de las propiedades que se describen a

continuación:------------------------------------

--------------**PROPIEDAD NUMERO UNO (1)**----------

---**RUSTICA:** Radicada en el barrio Naranjo Seguí

de Moca, con una cabida de **SEIS CUERDAS CON DOCE**

**CENTIMOS DE OTRA (6.12)**, equivalentes a **VEINTI-**

**CUATRO MIL CUARENTA PUNTO OCHENTA METROS CUADRA-**

**DOS (24,040.80)**; en lindes al **NORTE**, en dos ali-

neaciones de veintinueve metros nueve centímetros

y cuarenta y nueve metros treinta y ocho cen-

tímetros (49.38) con la carretera estatal número

cuatrocientos cuatro (404); al **ESTE**, en ocho-

cientos noventa metros un centímetro (898.01) con

el remanente de la finca; y al **OESTE**, en varias

alineaciones, de ciento seis metros tres centí-

metros y sesenta y cinco metros once centímetros

con López y de cuarenta y cuatro metros cin-

cuentisiete centímetros, setenta y tres metros

ochenta centímetros, veintitrés metros y ochenta





Pág. 3

000409

y tres metros cuarenta y tres centímetros con un camino vecinal. Esta finca tiene forma triangular por lo que al SUR resulta ser la unión de sus colindancias ESTE y OESTE.-----------------------

---La anteriormente descrita propiedad no consta inscrita en el Registro de la Propiedad.---------

---La parte vendedora adquirió la anteriormente descrita propiedad de la siguiente manera: GREGORIO HERNÁNDEZ MENDEZ adquirió junto a su esposa, la causante Bernarda Babilonia Arocho, por compra según consta de la escritura número diecinueve (19), otorgada en Aguadilla, Puerto Rico, el día diecinueve (19) de enero de mil novecientos setenta y cuatro (1974), ante el notario público ERIC MILAN MUÑIZ y los comparecientes de apellidos Hernández Babilonia adquirieron por herencia de su madre la causante Bernarda Babilonia Arocho, quien falleció el día catorce (14) de julio de mil novecientos noventa y dos (1992) en Moca, Puerto Rico.--------------------------------

---Manifiestan los comparecientes que la anteriormente descrita propiedad está libre de cargas y gravámenes.------------------------------------

-------------PROPIEAD NUMERO DOS (2)-------------

---RUSTICA: Parcela de terreno radicada en el barrio Naranjo Seguí de Moca, Puerto Rico, compuesta de CINCO CUERDAS CON DIECINUEVE CENTIMOS DE OTRA, equivalentes a VEINTE MIL CUATROCIENTOS PUNTO VEINTIOCHO (20,400.28) METROS CUADRADOS y en lindes al NORTE, en cuatro alineaciones de veinticinco metros siete centímetros, dieciseis

Pág. 4





000410

metros sesenta y seis centímetros, trece metros ochenta y siete centímetros y veintiseis metros sesenta y cuatro centímetros con la carretera estatal número cuatrocientos cuatro (404); por el **ESTE**, en cuatrocientos sesenta y seis metros doce centímetros con Prudencio Hernández Méndez; por el **SUR**, en cuatro alineaciones de trece metros diez centímetros, doce metros ocho centímetros, veintitrés metros treinta y seis centímetros y treinta y cuatro metros noventa y nueve centímetros con un caño; y al **OESTE**, en cinco alineaciones de sesenta y cuatro metros cuarenta y seis centímetros, setenta metros setenta y cinco centímetros, diecisiete metros veinticinco centímetros, doce metros cuarenta cuatro centímetros con señor López y doscientos noventa ocho metros y un centímetro con Gregorio Hernández Méndez.----
---La anteriormente descrita propiedad no consta inscrita en el Registro de la Propiedad.---------
---La parte vendedora adquirió la anteriormente descrita propiedad de la siguiente manera: GREGO-RIO HERNÁNDEZ MENDEZ adquirió junto a su esposa, la causante Bernarda Babilonia Arocho, por compra según consta de la escritura número doscientos treinta y seis (236), otorgada en Moca, Puerto Rico, el día doce (12) de noviembre de mil no-vecientos ochenta y seis (1986), ante el notario público VICTOR JACINTO ESTRELLA HERNANDEZ y los comparecientes de apellidos Hernández Babilonia adquirieron por herencia de su madre la causante Bernarda Babilonia Arocho, quien falleció el día

Pág. 5

000411

catorce (14) de julio de mil novecientos noventa

y dos (1992) en Moca, Puerto Rico.---------------

---Manifiestan los comparecientes que la ante-

riormente descrita propiedad está libre de cargas

y gravámenes.--------------------------------------

--------------------COMPRAVENTA--------------------

---SEGUNDO:  Los comparecientes tienen convenido

entre sí efectuar un contrato de Compraventa de

las dos propiedades descritas en el expositivo

PRIMERO de esta escritura y lo llevan a efecto

según las siguientes:------------------------------

--------------CLAUSULAS Y CONDICIONES--------------

---Una: La parte vendedora vende, cede y traspasa

a la parte compradora las dos propiedades des-

critas en el expositivo PRIMERO de esta escritura

con todos sus usos, derechos y servidumbres, sin

limitación alguna, en pleno derecho o dominio, y

sin más acto que este otorgamiento la parte ven-

dedora pone a la parte compradora en posesión de

los referidos inmuebles, efectuando la venta li-

bre de toda carga y gravámenes y con la obli-

gación por la parte vendedora a su vez al sanea-

miento de la misma con arreglo a derecho.--------

---Dos:  Constituye el precio de esta compraventa

la suma de CINCUENTA MIL DOLARES ($50,000.00) por

cada una de las propiedades para un total de CIEN

MIL DOLARES ($100,000.00), cuya suma los vende-

dores manifiestan haber recibido de manos de la

parte compradora en el día de hoy y con ante-

rioridad a este acto en sus respectivas par-

ticipaciones, siendo el estado civil de los com-

Pág. 6



000412

parecientes el actual, por cuya cantidad la parte
vendedora otorga a la parte compradora la más
formal y eficaz carta de pago.------------------

---Tres: Se conviene y estipula entre las par-
tes, que el importe de las contribuciones ante-
riores al año fiscal dos mil uno (2001) al dos
mil dos (2002) serán por cuenta y cargo de la
parte vendedora y las contribuciones para el año
fiscal dos mil uno (2001) al dos mil dos (2002)
serán responsabilidad de la parte vendedora hasta
la fecha de otorgamiento de esta escritura y el
resto de dicho año fiscal y en adelante todas las
contribuciones serán de cuenta y cargo de la
parte compradora.------------------------------

---Cuatro: Manifiesta la parte compradora que ha
inspeccionado las propiedades objeto de esta com-
praventa y acepta las mismas en las condiciones
en que se encuentran al presente, relevando a la
parte vendedora de toda responsabilidad con rela-
ción a este particular disponiéndose sin embargo
que no renuncia al derecho de saneamiento por
evicción y vicios ocultos.-----------------------

---Cinco: La parte vendedora representa y garan-
tiza a la parte compradora que las propiedades
objeto de esta compraventa están libre de alma-
cenaje y disposición de materiales o sustancias
peligrosas o tóxicas, según éstas se definen en
las leyes y reglamentos estatales y federales
aplicables, incluyendo, pero sin limitarlo a, ma-
teriales que contengan asbesto o cloruro de poly-
bifenil. La parte vendedora indemnizará y será



Pág. 7



000413

responsable a la parte compradora de cualquier
acción remedial o de limpieza que por razón de la
presencia de cualesquiera de las sustancias peli-
grosas o tóxicas antes mencionadas haya que efec-
tuarse en las propiedades objeto de compraventa.-
---Seis: La parte vendedora viene obligada a
conseguir a su cuenta y cargo la Resolución Sobre
Declaratoria de herederos del Tribunal competente
y a rendir la planilla de caudal relicto en el
Departamenteo de Hacienda, de la causante Bernar-
da Babilonia Arocho y a conseguir el relevo co-
rrespondiente.---------------------------------  -
-------------------ACEPTACION-------------------
---Los comparecientes aceptan esta escritura en
todas sus partes por expresar lo pactado por
ellos.------------------------------------------
-------------------ADVERTENCIAS-----------------
---YO, EL NOTARIO, le hice verbalmente a las par-
tes comparecientes y en el acto del otorgamiento
las reservas y advertencias legales pertinentes y
específicamente le advertí y expliqué a las par-
tes comparecientes lo siguiente:----------------
---Uno: Que para determinar la deuda contributiva
que pueda gravar la(s) propiedad(es) deberán acu-
dir al Centro de Recaudaciones de Ingresos Muni-
cipales (CRIM) en el Centro Gubernamental de-----
Aguadilla, Puerto Rico.-------------------------
---Dos: Que la parte compradora deberá acudir al
Centro de Recaudaciones de Ingresos Municipales
(CRIM) en el Centro Gubernamental de Aguadilla,
Puerto Rico para solicitar la inscripción de



Pág. 8

000414

la(s) propiedad(es) objeto de esta compraventa a
su nombre en los Registros contributivos de dicho
Centro y solicitar exoneración contributiva sobre
la propiedad de tener derecho a ello.------------
---Tres:  Que la obligación de saneamiento de la
parte vendedora con la parte compradora incluye
garantizar el título sobre la(s) propiedad(es)
objeto de esta compraventa y responder por los
vicios ocultos que tenga(n) la(s) propiedad(es).-
---Cuatro: Que la(s) propiedad(es) objeto de esta
compraventa no consta(n) inscrita en el Registro
de la Propiedad y para poder inscribirla(s) en el
Registro de la Propiedad deben llevar un procedi-
miento de expediente de dominio en el Tribunal de
Primera Instancia, Sala Superior de Aguadilla.----
---Cinco: De encontrarse en una zona inundable
las propiedades objeto de esta compraventa, cual-
quier titular y/o ocupante presente y futuro que-
da obligado por ley a observar y cumplir con los
requerimientos y disposiciones del Reglamento so-
bre Zonas Suceptibles de Inundación, bajo aperci-
bimiento de que incumplir con los mismos resul-
taría en un acto ilegal, a tenor con las dis-
posiciones de la Sección tres (3) de la Ley Once
(11) de ocho (8) de marzo de mil novecientos-----
ochenta y ocho (1988) sobre Zonas Inundables,
veintitrés L.P.R.A. doscientos veinticinco letra
g (23 L.P.R.A. 225 (g)). Las partes otorgantes
aquí comparecientes reconocen estar plenamente
advertidas sobre este requisito y se obligan a su



Pág. 9



000415

fiel cumplimiento en caso de que les sea de apli-
cación el mismo.--------------------------------
---Seis: Se advierte a las partes que la decla-
ratoria de herederos y la planilla de caudal re-
licto están en trámites de ser preparadas y ra-
dicadas en las agencias correspondientes. Se les
explicó y advirtió a las partes de las conse-
cuencias legales de otorgar ésta escritura sin
que se hayan obtenido la Resolución sobre decla-
ratoria de herederos y el relevo en la planilla
de caudal relicto.------------------------------
---Siete: Se advierte a los compradores que
debido a que los vendedores son residentes de
Estados Unidos de Norte América, la ley número
doscientos veintitrés (223) del treinta (30) de
noviembre de mil novecientos noventa y cinco
(1995), según enmendada, trece L.P.R.A. ocho mil
quinientos cuarenta y siete (13 L.P.R.A. 8547),
los compradores vienen obligados a retener a los
vendedores un veinte por ciento (20%) de la
ganancia, según se refleja ésta por diferencia
entre el precio de compraventa y el costo de la
propiedad del vendedor según reflejado en la
escritura o título del vendedor, cuya suma vienen
obligados a pagar los vendedores al gobierno del
Estado Libre Asociado de Puerto Rico en concepto
de contribuciones sobre ingresos. En caso que los
vendedores no paguen al gobierno del Estado Libre
Asociado de Puerto Rico dichas contribuciones el
comprador responde por las mismas al Estado Libre
Asociado de Puerto Rico.-------------------------

Pág. 10

000416

---Los vendedores vienen obligados a rendir pla-
nilla de contribución sobre ingresos al Gobierno
del Estado Libre Asociado de Puerto Rico.--------
------------OTORGAMIENTO Y LECTURA------------
---Leída en alta voz esta escritura por mi EL NO-
TARIO a los otorgantes a quienes antes advertí el
derecho a leer por sí este instrumento, lo cual
hicieron, manifiestan los otorgantes quedar bien
enterados de su contenido, la firman todos en la
última página y ante mí en el mismo día de su
otorgamiento, estampando además sus iniciales al
margen izquierdo de cada uno de los folios de
esta escritura.----------------------------------
---De conocer a los otorgantes y de constarme por
sus dichos su mayoría de edad, estado y vecindad,
así como de todo lo demás contenido en este ins-
trumento público, y de haberse celebrado este
otorgamiento en un sólo acto, YO, **EL NOTARIO**
**AUTORIZANTE, DOY FE.**----------------------------



---**ESCRITURA NUMERO** CINCUENTA Y SEIS (56)--------------

----------------------**COMPRAVENTA**--------------------

---En Moca, Puerto Rico, a diecisiete (17) de

mayo del año dos mil cinco (2005).---------------

----------------------**ANTE  MI**---------------------

-----------**VICTOR MARIO SOTO HERNANDEZ**----------

---Abogado y notario público con práctica en todo

el Estado Libre Asociado de Puerto Rico, residen-

cia, vecindad y estudio abierto en Moca, Puerto

Rico.---------------------------------------------

-----------------**COMPARECE(N)**--------------------

---**DE UNA PARTE Y COMO VENDEDORA: WILSON ACEVEDO**

**BARRETO,** seguro  social  número  quinientos-----

ochenta y tres, raya, cero dos, raya, siete mil

ciento sesenta y seis (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) y **MERCEDES**

**GARCIA VALE,** seguro  social  número  quinientos

ochenta y uno, raya, cero cuatro, raya, cinco mil

doscientos veinte (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), mayores de edad,

casados entre sí, propietarios y vecinos de Moca,

Puerto Rico.--------------------------------------

---**DE OTRA PARTE Y COMO COMPRADORES: ANW CONS-**

**TRUCTION, INC.,** seguro  social  patronal  número

sesenta y seis, raya, cero seiscientos cuarenta y

nueve mil quinientos (66-0649500), corporación

organizada bajo las leyes del Estado Libre

Asociado de Puerto Rico, representada en este

acto por su presidente **JINES DE ARLES FELICIANO**

**ACEVEDO,** seguro social número quinientos ochenta

y uno, raya, treinta y uno, raya, dos mil do-

scientos cincuenta y cinco (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), mayor

de edad, soltero por divorcio, propietario y ve-



Pág. 1

cino de Moca, Puerto Rico; quien acredita sus facultades según consta de Resolución del Secretario de la corporación, autenticada mediante el affidávit número cinco mil cuatrocientos noventa y ocho (5,498), otorgada en Moca, Puerto Rico el día diecisiete (17) de mayo del año dos mil cinco (2005) ante el notario público VICTOR MARIO SOTO HERNÁNDEZ.---------------------------------------

---**DOY FE**, de mi conocimiento personal de los comparecientes y por sus dichos me constan sus circunstancias personales. Me aseguran tener, y a mi juicio tienen, la capacidad legal necesaria para el presente otorgamiento; manifiestan hallarse en el pleno goce y ejercicio de sus derechos civiles y sin que me conste nada en contrario, libre y voluntariamente:--------------

-----------------------**EXPONE(N)**------------------

---**PRIMERO**: Que los vendedores son dueños en pleno dominio de la propiedad que se describe a continuación:--------------------------------------

---**RUSTICA**: Radicada en el barrio Naranjo Seguí de Moca, con una cabida de **SEIS CUERDAS CON DOCE CENTIMOS DE OTRA (6.12)**, equivalentes a **VEIENTICUATRO MIL CUARENTA PUNTO OCHENTA (24,040.80) METROS CUADRADOS**, en lindes al NORTE, en dos alineaciones de veintinueve metros nueve centimetros y cuarenta y nueve metros treinta y ocho centímetros (49.38) con la carretera estatal número cuatrocientos cuatro (404); al ESTE, en ochocientos noventa metros un centímetro (890.01) con el remanente de la finca, o sea, Nelson Ace-



Pág. 2

vedo Cruz; y al OESTE, en varias alineaciones, de ciento seis metros tres centímetros y sesenta y cinco metros once centímetros con López y de cuarenta y cuatro metros cincuenta y siete centímetros, setenta y tres metros y ochenta y tres metros cuarenta y tres centímetros con un camino vecinal. Esta finca tiene forma triangular por lo que al SUR resulta ser la unión de sus colindancias ESTE y OESTE.------------------------------

---Manifiesta la parte vendedora que la propiedad anteriormente descrita no consta inscrita en el Registro de la Propiedad y que la misma está libre de cargas y gravámenes.--------------------

---Adquirió la parte vendedora la anteriormente descrita propiedad según consta de la escritura número ciento quince (115) otorgada en Moca, Puerto Rico el día diecisiete (17) de mayo del año dos mil cinco (2005) ante el notario público ARNALDO CESAR GONZALEZ MORALES.------------------

--------------------**COMPRAVENTA**--------------------

---**SEGUNDO:** Los comparecientes tienen convenido entre sí efectuar un contrato de Compraventa de la propiedad descrita en el expositivo **PRIMERO** de esta escritura y lo llevan a efecto según las siguientes:---------------------------------------

-------------**CLAUSULAS Y CONDICIONES**-----------

---Una: La parte vendedora vende, cede y traspasa a la parte compradora la propiedad descrita en el expositivo **PRIMERO** de esta escritura con todos sus usos, derechos y servidumbres, sin limitación alguna, en pleno derecho o dominio, y sin más

Pág. 3

acto que este otorgamiento la parte vendedora pone a la parte compradora en posesión de el (los) referido(s) inmueble(s), efectuando la venta libre de toda carga y gravámenes y con la obligación por la parte vendedora a su vez al saneamiento de la misma con arreglo a derecho.------

---Dos: Constituye el precio de esta compraventa la suma de **CINCUENTA MIL DOLARES ($50,000.00)**, cuya suma la parte vendedora manifiesta haber recibido de manos de la parte compradora con anterioridad a este acto, siendo el estado civil de los comparecientes el actual, por cuya cantidad la parte vendedora le otorga a la parte compradora la más formal y eficaz carta de pago.-----

---Tres: Se conviene y estipula entre las partes, que el importe de las contribuciones anteriores al año fiscal dos mil cuatro (2004) al dos mil cinco (2005) serán por cuenta y cargo de la parte vendedora y las contribuciones para el año fiscal dos mil cuatro (2004) al dos mil cinco (2005) serán responsabilidad de la parte vendedora hasta la fecha de otorgamiento de esta escritura y el resto de dicho año fiscal y en adelante todas las contribuciones serán de cuenta y cargo de la parte compradora.------------------

---Cuatro: Manifiesta la parte compradora que ha inspeccionado la propiedad objeto de esta compraventa y acepta la misma en las condiciones en que se encuentra al presente, relevando a la parte vendedora de toda responsabilidad con relación a este Particular disponiéndose sin embargo que no



Pág. 4

renuncia al derecho de saneamiento por evicción y vicios ocultos.------------------------------------
---Cinco: La parte vendedora representa y garantiza a la parte compradora que la propiedad objeto de esta compraventa está libre de almacenaje y disposición de materiales o sustancias peligrosas o tóxicas, según éstas se definen en las leyes y reglamentos estatales y federales aplicables, incluyendo, pero sin limitarlo a, materiales que contengan asbesto o cloruro de polybifenil. La parte vendedora indemnizará y será responsable a la parte compradora de cualquier acción remedial o de limpieza que por razón de la presencia de cualesquiera de las sustancias peligrosas o tóxicas antes mencionadas haya que efectuarse en la propiedad objeto de compraventa.----
--------------------**ACEPTACION**-------------------
---Los comparecientes aceptan esta escritura en todas sus partes por expresar lo pactado por ellos.--------------------------------------------
-------------------**ADVERTENCIAS**-------------------
---YO, EL NOTARIO, le hice verbalmente a las partes comparecientes y en el acto del otorgamiento las reservas y advertencias legales pertinentes y específicamente le advertí y expliqué a las partes comparecientes lo siguiente:-----------------
---Uno: Que para determinar la deuda contributiva que pueda gravar la(s) propiedad(es) deberán acudir al Centro de Recaudaciones de Ingresos Municipales (CRIM) en el Centro Gubernamental de Aguadilla, Puerto Rico.--------------------------



Pág. 5

---Dos: Que la parte compradora deberá acudir al Centro de Recaudaciones de Ingresos Municipales (CRIM) en el Centro Gubernamental de Aguadilla, Puerto Rico para solicitar la inscripción de la(s) propiedad(es) objeto de esta compraventa a su nombre en los Registros contributivos de dicho Centro y solicitar exoneración contributiva sobre la propiedad de tener derecho a ello.------------

---Tres: Que la obligación de saneamiento de la parte vendedora con la parte compradora incluye garantizar el titulo sobre la(s) propiedad(es) objeto de esta compraventa y responder por los vicios ocultos que tenga(n) la(s) propiedad(es).-

---Cuatro: Que la(s) propiedad(es) objeto de esta compraventa no consta(n) inscrita en el Registro de la Propiedad y para poder inscribirla(s) en el Registro de la Propiedad deben llevar un procedimiento de expediente de dominio en el Tribunal de Primera Instancia, Sala Superior de Aguadilla.----

---Cinco: De encontrarse en una zona inundable la propiedad objeto de esta compraventa, cualquier titular y/o ocupante presente y futuro queda obligado por ley a observar y cumplir con los requerimientos y disposiciones del Reglamento sobre Zonas Suceptibles de Inundación, bajo apercibimiento de que incumplir con los mismos resultaría en un acto ilegal, a tenor con las disposiciones de la Sección tres (3) de la Ley Once (11) de ocho (8) de marzo de mil novecientos ochenta y ocho (1988) sobre Zonas Inundables, veintitrés L.P.R.A. doscientos veinticinco letra



Pág. 6

g (23 L.P.R.A. 225 (g)).  Las partes otorgantes
aquí comparecientes reconocen estar plenamente
advertidas sobre este requisito y se obligan a su
fiel cumplimiento en caso de que les sea de
aplicación el mismo.------------------------------
------------**OTORGAMIENTO Y LECTURA**--------------
---Leída en alta voz esta escritura por mí EL NO-
TARIO, a los otorgantes, a quienes antes advertí
el derecho a leer por sí este instrumento, lo
cual hicieron, manifiestan quedar bien enterados
de su contenido, la firman en la última página y
ante mí en el mismo día de su otorgamiento, es-
tampando además sus iniciales al margen izquierdo
de cada uno de los folios de esta escritura.-----
---De conocer a los otorgantes y de constarme por
sus dichos su mayoría de edad, estado y vecindad,
así como de todo lo demás contenido en este ins-
trumento público, YO, **EL NOTARIO AUTORIZANTE, DOY
FE**.--------------------------------------------



0045933



---VEASE CERTIFICACION AL DORSO---

Pág. 7

Certifico que en el mismo día de su otorgamiento expedí Primera copia certificada a favor de **LESLY ACEVEDO BELTRAN y CHRISTIAN ACEVEDO BELTRAN.** DOY FE.



N.A.C.
N.B.A.
L.A.B.
C.A.B



Att
Sr. José Rodriguez
Omar Velez

--------ESCRITURA NUMERO CIENTO DOCE (112)-------

----------ACTA DE EDIFICACIÓN Y DONACION----------

---En Moca, Puerto Rico, a los seis (6) días del mes de diciembre del año dos mil cuatro (2004).------------------------

----------------------------ANTE MI----------------------

--------ARNALDO CESAR GONZALEZ MORALES--------

---Abogado y Notario Público con práctica en todo el Estado Libre Asociado de Puerto Rico, residencia, vecindad y estudio abierto en Moca, Puerto Rico.------------

-----------------------------COMPARECEN--------------------

---DE LA PRIMERA PARTE Y COMO PARTE DONANTE: **DON NELSON ACEVEDO CRUZ,** Seguro Social Número quinientos ochenta y uno guión veintitrés guión guión cero setecientos veintidos (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) y **DOÑA NORAIDA BELTRAN ACEVEDO,** Seguro Social Número quinientos ochenta y cuatro guión ocho mil trescientos treinta y uno (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), mayores de edad, casados entre sí, propietarios y vecinos de Moca, Puerto Rico.------------------------------------------------------------

---DE LA SEGUNDA PARTE Y COMO PARTE DONATARIA: **LESLY ACEVEDO BELTRAN,** Seguro Social Número quinientos noventa y ocho guión doce

Pág.-1-

COPIA SIMPLE

guión doce guión seis mil seiscientos  treinta y uno (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) de diecisiete (17) años de edad,  estudiante y vecina de Moca, Puerto Rico; y  **CHRISTIAN ACEVEDO BELTRAN**, Seguro Social Número  quinientos noventa y siete guión veintiocho guión ocho mil doscietnos cuaretna y tres (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), de catorce (14) años de edad, estudiante y vecino de Moca, Puerto Rico.---------------------

---------------------------------------**DOY FE**-----------------------

---De  haber identificado a los comparecientes de la Primera y Segunda Parte, en virtud del Artículo Diecisiete C (17 C) de la Ley Notarial de Puerto Rico de Mil Novecientos Ochenta y Siete (1987, por conocimiento personal  a todos los comparecientes y por sus dichos me constan sus circunstancias personales. Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para el presente otorgamiento; manifiestan hallarse en el pleno goce y ejercicio de sus derechos civiles y sin que me conste nada en contrario, libre y voluntariamente:---------------------

------------------------------**EXPONEN**----------------------------

---**PRIMERO:**  Que  los comparecientes de la Primera Parte, son dueños en pleno dominio de la propiedad que se describe a continuación:-----------------------------------------

Pág.-2-

N. A. C.
N. B. A.
L. A. B.
C. A. B



N. A·C.
N· B·A
L. A.B.
C. A. B

---RUSTICA: Parcela de terreno radicada en el Barrio Naranjo, Seguí de Moca, Puerto Rico, compuesta de **CINCO CUERDAS CON DIECINUEVE CENTIMOS DE OTRA (5.19 CDAS)**, equivalentes a **VEINTE MIL CUATROCIENTOS PUNTO VEINTIOCHO METROS CUADRADOS (20,400.28 MC)**, en lindes por el Norte, en cuatro alineaciones de vienticinco metros siete centímetros, dieciseis metros sesenta y seis centímetros, trece metros ochenta y siete centímetrosy veintiseis metros sesentay cuatro centímetros con la carretera estatal cuatrocientos cuatro (404); por el Este, en cuatrocientos sesenta seis metros doce centímetros con Prudencio Hernández Méndez; por el Sur, en cuatro alineaciones de trece metros diez centímetros, doce metros ocho centímetros, veintirtés metros treintay seis centímetros, veintitrés metros treinta y seis centímetros y treinta y cuatro metros noventa y nueve centíumetros con un caño; y al Oeste, en cinco alineaciones de sesenta y cuatro metros cuarenta y seis centímetos, setenta metros setenta y cinco centímetos, diecisiete metros veinticinco centímetros, doce metros cuarenta cuatro centímetros con señor López, y doscientos noventa ocho metros y un cenímetro con Gregoio Hernández Méndez.---

---La anteriormente descrita propiedad no consta inscrita en el Registro de la Propiedad.------------------------------

--------------------------TITULOS Y CARGAS------------------

---SEGUNDO: Que los comparecientes de la Primera Parte, adquirió la anteriormente descrita propiedad en virtud de la Escritura Número Cuarenta y Cinco (45), sobre Compraventa, ootorgada el día once (11) de abril del año dos mil dos (2002), ante el Notario Víctor Mario Soto Hernández, con estudio abierto en Moca, Puerto Rico.---------------------------------------------------

Pág.-3-



---TERCERO: Asegura "la parte Vendedora" que la propiedad anteriormente descrita está libre de cargas y gravámenes.-------------------------------------------

---------------------ACTA DE EDIFICACIÓN------------------

---CUARTO: Que los comparecientes de la Primera Parte, con dinero perteneciente a la Sociedad Legal de Gananciuales edificó una estructura en la propiedad antes descrita, la cual se describe como sigue:-------------------------

---ESTRUCTURA, consta de dos niveles, el primer nivel contiene sala, comedor, cocina, family, recibidor, marquesina, un (1) baño, dos (2) habitaciones y balcón. El segundo nivel consta de tres (3) habitaciones, family, cocina, habitación "master", oficina, un (1) baño y balcón. En adición contiene una edificación independiente a la estructura que está destinada a garage, que contiene a su vez, dos (2) baños, cuarto de mecánica, almacén, y sótano para generador eléctrico, contiene una reserva de agua.------

---El Notario Autorizante DA FE de haber hecho una inspección ocular de la estructura ante descrita.---------------

---Se valora la estructura edificada en la propiedad antes descrita en la suma de DOSCIENTOS MIL DOLARES ($200,000.00).---------------------------------------------------



N.A.C
N.B.A.
L.A.B.
C.A.B

Pág.-4-

-----------------------------DONACION-----------------------------

---QUINTO: Que "la parte Donante" tiene convenido efectuar una donación a favor sus hijos menores de edad, **LESLY ACEVEDO BELTRAN y CHRISTIAN ACEVEDO BELTRÁN** del inmueble descrito en el expositivo **PRIMERO** de esta escritura en partes iguales y lo llevan a efecto en este acto bajo las siguientes: -----------------------------

-----------------CLAUSULAS Y CONDICIONES-----------------

---**Una:** Para demostrar su afecto, "la parte Donante" hace donación puramente graciosa y por mera liberalidad a su hijos **LESLY ACEVEDO BELTRAN y CHRISTIAN ACEVEDO BELTRÁN** de las propiedades descritas en el expositivo **PRIMERO** de esta escritura, con todas sus pertenencias y cuanto lo constituye, sin condición alguna que limite el derecho de "la parte Donataria".-----------------

---**Dos:** Declara "la parte Donante" que esta donación no perjudica a nadie, puesto que se ha reservado para sí y tiene en plena propiedad otros bienes suficientes para vivir en un estado correspondiente a sus circunstancias y categoría social; y lo donado no excede a lo que por legítima pueda corresponder a sus herederos; sin que venga "la parte Donataria" obligada a colacionar esta

N.A.C.
N.B.A
L.A.B.
C.A.B



donación.------------------------------------------------

---**Tres:** A los efectos legales pertinentes "la parte Donante"

declara que la propiedad donada tiene un valor de

**DOSCIENTOS CINCUENTA MIL DOLARES**------

**($250,000.00)**.------------------------------------------

---**Cuatro:** La parte Donataria" acepta la donación y

quedan agradecidos a "la parte Donante por su acto de

generosidad.-----------------------------------------

---**Cinco:** Que la parte Donataria, Lesly Acevedo Beltrán y

Christian Acevedo Beltrán, ambos son menores de edad, y

en el presente acto sus padres la parte Donante, Don

Nelson Acevedo Cruz y Doña Noraida  Beltrán Acevedo,

confieren la facultad legal  y el consentimiento a  a efectos

de recibir la donación realizada en virtud de la presente

escritura.--------------------------------------------

---------------------------**ACEPTACION**---------------------

---Las partes comparecientes aceptan esta escritura en

todas sus partes por expresar lo pactado.----------------------

-------------------------**ADVERTENCIAS**-----------------------

---**YO, EL NOTARIO**, verbalmente y en el acto del

otorgamiento, le hice a las partes otorgantes las reservas y

advertencias legales pertinentes.--------------------------------



N.A.C.
N.B.A
L.A.B.
L.A.B

Pág.-6-

-------------OTORGAMIENTO Y LECTURA----------------

---Leída en alta voz esta Escritura por mí, EL NOTARIO, a

las partes otorgantes, a quienes antes advertí el derecho a

leer por sí este instrumento, lo cual hicieron, manifestando

quedar bien enteradas de su contenido, la firman ante mí

en el mismo día de su otorgamiento, estampando además,

sus iniciales al margen izquierdo de cada uno de los folios

de esta escritura.--------------------------------------------------

---De conocer a las partes otorgantes y de constarme por

sus dichos su mayoría de edad, estado y vecindad, así

como de todo lo demás contenido en este instrumento

público, YO, EL NOTARIO AUTORIZANTE, DOY FE.----

*Nelson Acevedo Cruz*
**NELSON ACEVEDO CRUZ**

*Noraida Beltrán Acevedo*
**NORAIDA BELTRAN ACEVEDO**

*Lesly Acevedo Beltrán*
**LESLY ACEVEDO BELTRAN**

*Christian Acevedo Beltran*
**CHRISTIAN ACEVEDO BELTRAN**

*Arnaldo González Morales*
**ARNALDO CESAR GONZALEZ MORALES**
**NOTARIO PUBLICO**

Pág.-7-

N.A.C
N.B.A
L.A.B.
C.A.B



CERTIFICO que en el mismo
día de su otorgamiento expedí
PRIMERA copia certificada a
favor de   WILSON ACE-
VEDO BARRETO, MERCE-
DES GARCIA VALE.----------
DOY FE.------------------------



NOTARIO PÚBLICO

N.A.C.
N.BA
M.9.B.
M.9.V.



-----ESCRITURA NUMERO CIENTO QUINCE (115)------

-----------------------COMPRAVENTA---------------------

---En Moca, Puerto Rico, a los seis (6) días del  mes de

diciembre del año dos mil cuatro (2004).------------------

----------------------------ANTE MI-----------------------

------ARNALDO CESAR GONZALEZ MORALES---------

Abogado y Notario Público con práctica en todo el Estado

Libre Asociado de Puerto Rico, residencia, vecindad y

estudio abierto en Moca, Puerto Rico.--------------------

----------------------------------------------------------

----------------------COMPARECEN---------------------

----------------------------------------------------------

---DE  LA  PRIMERA  PARTE  COMO  PARTE

VENDEDORA: DON NELSON ACEVEDO CRUZ,

Seguro  Social  Número   quinientos ochenta y uno guión

veintitrés guión  guión cero setecientos veintidos (583-23-

0722)  y  DOÑA  NORAIDA  BELTRAN  ACEVEDO,

Seguro Social Número  quinientos ochenta y cuatro guión

ocho mil trescientos treinta y uno (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), mayores

de edad, casados entre sí, propietarios y vecinos de Moca,

Puerto Rico.-----------------------------------------------

Pág.-1-

COPIA SIMPLE

---DE LA SEGUNDA COMO PARTE COMPRADORA:
DON WILSON ACEVEDO BARRETO, Seguro Social Número quinientos ochenta y tres guión siete mil ciento sesenta y seis (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) y DOÑA MERCEDES GARCIA VALE, Seguro Social Número quinientos ochenta y uno guión cero cuatro guión cinco mil doscientos veinte (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), mayores de edad, casados entre sí, propietarios y vecinos de Moca, Puerto Rico.----- --
------------------------------DOY FE-------------------------------
---De haber identificado a los comparecientes en virtud con lo establecido en el Artículo Diecisiete C (17C) de la Ley Notarial de Puerto Rico de Mil Novecientos Ochenta y Siete (1987), mediante conocimiento personal a todas las partes comparecientes y por sus dichos me constan sus circunstancias personales. Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para el presente otorgamiento; manifiestan hallarse en el pleno goce y ejercicio de sus derechos civiles y sin que me conste nada en contrario, libre y voluntariamente:---------------------------
------------------------------EXPONEN----------------------------
---PRIMERO: Que "la parte Vendedora" es dueña en pleno dominio de la propiedad que se describe a continuación:---

N.A.C.
W.A.B.
W.a.b.
M.G.V.



ARNALDO C. GONZÁLEZ MORALES
Abogado Notario

Pág. -2-

COPIA SIMPLE

---**RUSTICA:**      Radicada en el  Barrio Naranjo Seguí, de Moca, con una  cabida de **SEIS  CUERDAS CON DOCE CENTIMOS DE OTRA (6.12 CDAS),**  equivalentes a **VEINTICUATRO MIL CUARENTA PUNTO OCHEN-TA  METROS  CUADRADOS (24,040.80  MC),**  dos alineaciones de veintinueve metros nueve centímetros y cuarenta y nueve metros treinta y ocho centímetros (49.38) con la carretera estatal número cuatrocientos cuatro (404); al Este, en ochocientos  noventa y metros  un centímetro (898.01) con el remanente de la finca; y al Oeste, en varias alineaciones, de ciento  seis metros  tres  centímetros y sesenta y cinco metros once centímetros, setenta y tres metros cohenta centímetros, veintitrés metros y ochenta y tres metros cuarentay tres centímetros con un camino vecinal.  Est finca tiene forma triangular por lo que al Sur, resulta ser la unión de sus colindancias Este y Oeste.---------

---La anteriormente descrita propiedad no consta inscrita en el Registro de la Propiedad.-----------------------------------

----------------------**TITULOS Y CARGAS**----------------------

---**SEGUNDO:** Asegura "la parte Vendedora" que la propiedad anteriormente  descrita propiedad está libre de cargas y gravámenes.-------------------------------------------------

---**TERCERO:** Adquirieron los comparecientes  de  la Primera Parte la propiedad anteriormente descrita en virtud de la Escritura Número Veinticuatro (24), sobre Compraventa otorgada el día treinta y uno (31) de marzo del año dos mil tres (2003), ante el Notario Víctor Mario Soto Hernández, con estudio abierto en Moca, Puerto Rico.

---**CUARTO:** Que los comparecientes tienen convenida la compraventa del solar descrito en el expositivo **PRIMERO**

N.A.C
N.B.A
N.u.B
M.G.V.



COPIA

de esta escritura, por el precio y condiciones que se expresarán y lo llevan a efecto según las siguientes:----------

------------------CLAUSULAS Y CONDICIONES--------------

---**Una**: Que "La parte Vendedora" vende, cede, enajena y traspasa a "la parte Compradora" el solar descrito en el expositivo **PRIMERO** de esta escritura, con todos sus usos, derechos y servidumbres, sin limitación alguna, en pleno derecho o dominio y sin más que este otorgamiento pone a "la parte Compradora" en su posesión, obligándose "la parte Vendedora" a su vez, a la evicción y saneamiento de la misma con arreglo a derecho.-----------------------------------

---**Dos**: Constituye el precio de esta compraventa la suma de **CINCUENTA MIL DOLARES** **($50,000.00)**, de cuya cantidad "la parte Vendedora" manifiesta haber recibido de manos de "la parte Compradora" en un acto anterior a este, siendo todos de las circunstancias presentes por los que le otorgó la más eficaz y cumplida carta de pago quedando obligados al saneamiento en caso de evicción.---

---**Tres**: Se conviene y estipula entre las partes, que el importe de las contribuciones devengadas hasta la fecha de esta escritura sobre la propiedad vendida serán de cuenta y cargo de "la parte Vendedora" y desde esta fecha

Pág. -4-



N.A.C
N.B.A
W.q.B
M.R.V.

COPIA SIMPLE

en adelante de cuenta y cargo de "la parte Compradora".--

---------------ACEPTACIÓN Y ADVERTENCIAS----------

---Aceptan los comparecientes esta escritura en todas sus cláusulas por encontrarla de acuerdo a lo por ellos convenido. Y Yo, el Notario, **DOY FE** de haberle hecho a los comparecientes las reservas y advertencias legales pertinentes a este tipo de contrato y dejando suscritas en el documento las más importantes al respecto de este negocio jurídico en particular las siguientes:------------------------------

---**PRIMERA:** Las contribuciones territoriales del predio vendido son responsabilidad de la parte vendedora hasta el día de hoy y de hoy en adelante de la parte compradora.------------------------------------------------------

---**SEGUNDA:** Le indiqué a la parte vendedora la obligación que tiene esta de rendir no más tarde de ocho días la Planilla Informativa sobre Segregación, Agrupación o Traslado de Bienes Inmuebles la cual deberá ser depositada en esta Notaría para ser remitida al Secretario de Hacienda.---------------------------------------------------

---**TERCERA:** Le he advertido a la parte vendedora la existencia de la Ley Noventa de trece de julio de mil novecientos ochenta y ocho en cuanto a la penalidad



N.A.c
N.B.A
N.A.B
M.G.V.

Pág.-5-

COPIA SIMPLE

criminal existente por la ocultación o negación de gravámenes.---------------------------------------------------

---**CUARTA:** Que (la, el, los) comprador (a, es) deben ir a ver la propiedad para cerciorarse de que no existe ninguna servidumbre en la propiedad (que no sean las legales) o las expresadas en este documento.-----------------------------------

---**QUINTA:** El Notario autorizando advierte a las partes otorgantes aquí comparecientes que, de encontrarse en una zona inundable el inmueble objeto de esta transacción , cualquier titular y/o ocupante presente y futuro del mismo, queda obligado por ley a observar y cumplir con los requerimientos y disposiciones del Reglamento sobre Zonas Suceptibles de Inundación bajo apercibimiento de que incumplir con las mismas resultaría en un acto ilegal, a tenor de las disposiciones de la **Sección Tres (3) de la Ley Once (11) de ocho (8) de marzo de 1998, sobre Zonas Inundables. 23 L.P.R.A. Sec. 225 (g).** Las partes otorgantes aquí comparecientes reconocen estar plenamente advertidas sobre estos requísitos y se obliga a su fiel cumplimiento en caso de serle de aplicación los mismos.---

---**SEXTA:** El Notario Autorizante advierte a las partes comparecientes sobre los requisitos establecidos por la ley



Pág.-6-

COPIA SIMPLE

federal en el " Comprehensive Enviromental Response Compensation Liability Act" (CERCLA), 42 U.S.C. 9601 et seq.  A los efectos de las responsabilidades, obligaciones y riesgos de los vendedores y compradores de una propiedad, cuyo terreno pueda estar contaminado y a esos efectos los ha advertido respecto a la conveniencia de preparar una Auditoría Ambiental para que el adquiriente logre la protección que ofrece dicha ley.   El Notario autorizante hace constar que ha cuestionado a los otorgantes sobre la condición de la propiedad para que estos determinen si tienen conocimiento de contaminación en dicho terreno. Las partes comparecientes, luego de esta advertencia y conociendo los riesgos anteriormente advertidos, acuerdan continuar con el presente otorgamiento.-------------------------------------------------

----------------OTORGAMIENTO Y LECTURA--------------

---Leída en alta voz esta Escritura por mí, **EL NOTARIO**, a las partes otorgantes, a quienes antes advertí el derecho a leer por sí este instrumento, lo cual hicieron, manifestando quedar bien enteradas de su contenido, la firman ante mí en el mismo día de su otorgamiento, estampando además,

Pág. -7-



COPIA SIMPLE

sus iniciales al márgen izquierdo de cada uno de los folios de esta escritura.-----------------------------------------------

---De conocer a las partes otorgantes y de constarme por sus dichos su mayoria de edad, estado y vecindad, así como de todo lo demás contenido en este instrumento público, **YO, EL NOTARIO AUTORIZANTE, DOY FE.** ---


**NELSON ACEVEDO CRUZ**


**NORAIDA BELTRAN ACEVEDO**


**WILSON ACEVEDO BARRETO**


**MERCEDES GARCIA VALE**


**ARNALDO CESAR GONZALEZ MORALES**
**NOTARIO PUBLICO**

N.A.c
N.B.A
W.A.B.
M.G.V.

Pág.-8-

COPIA SIMPLE